IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADVOCAT, INC., et al.                                                                      PLAINTIFFS

V.                                          NO. 10-CV-1069

MARILYN PATE, as Power of
Attorney for Verda L. Woodell                                                          DEFENDANT

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. (Doc. 6). Plaintiffs are seeking to dismiss all claims against Defendant. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Defendant are hereby **DISMISSED** without prejudice.

IT IS SO ORDERED, this 14th day of March, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge